## U. S. DISTRICT COURT.

### In the matter of FREDERICK SPEYER and ABRAHAM SPEYER, bankrupts.

Voluntary bankrupts having scheduled among their assetts a sum of money—the register ordered it paid over to his custodian within twenty-four hours.

The bankrupt failing to do so, the custodian moved the court for an attachment against one of the bankrupts as for a contempt for disobedience to the order of the register :

*Held*, after giving the bankrupt an opportunity to give testimony by way of purging the contempt—that an attachment issue.

*Southern District of New York, in Bankruptcy.*

THE above named bankrupts filed their petition to be declared bankrupts on the 4th day of January, 1871. In their schedules they set forth, that the sum of $1,310 05-100 in money was in their hands.

The register in charge appointed Mr. Le Roy, S. Gove, custodian of the estate, during the interim and until the assignee should be elected. The custodian thereupon demanded the said money of the bankrupts, and was informed by them, that one of the bankrupts—having the money in his pocket—had been robbed of the same on the morning after filing the said petition. Whereupon the said custodian summoned the bankrupts before the register and proceeded to examine them concerning the same.

Upon this testimony so taken, the register made an order that said bankrupts hand over to the said custodian the said sum of $1,310 05-100, within twenty-four hours after the service of said order on them. This order was duly served on the bankrupts. Failing to comply therewith, the said custodian moved the court before the district judge on notice to the bankrupts for an order that an attachment issue against them as for a contempt for a disobedience to the order of the register. Whereupon the court referred the matter back to the

register, to take such testimony as the said bankrupts might offer by way of purging the said alleged contempt. Testimony was then taken on the part of the plaintiffs, whereupon the register certified the case as follows :

, I, the undersigned register in bankruptcy to whom the matter of the alleged contempt in this case was referred by the order of this Hon. court, bearing date the 4th day of February, 1871, and hereto annexed, do hereby certify and report to this Hon. court. That I have been attended by the said bankrupt, Abraham Speyer, and his counsel, Dubois Smith, Esq., and that I have taken all the testimony offered by him under said order, to wit:

The testimony ot the said Abraham Speyer, and Frederick Speyer, together with further testimony of the said Le Roy S. Gove, Esq., all of which is hereto annexed, and herewith, returned to this Hon. court. And I further certify, that upon a careful examination of said testimony, I am unable to accept the statements of the said bankrupts, as affording the true reason why the said sum of $1,310 05-100, was not paid over to the said custodian on his demand, nor was there anything in the manner of either of the said bankrupts, while under examination calculated to inspire confidence in their statements. I cannot entertain the slightest doubt that the loss of said money is a mere pretence on the part of the said Abraham Speyer. I, therefore, certify to this Hon. court that, in my opinion, the order of the court should be forthwith entered, committing the said Abraham Speyer to the county jail of the county of New York, until he shall have paid over to the said custodian the said sum of $1,310 05-100, with interest thereon from the 6th day of January, 1871, besides the costs of this proceeding to be adjusted before the register in charge of the said case.

ISAIAH T. WILLIAMS, *Register.*

BLATCHFORD, J.—Enter an order herein in accordance with the conclusions of the register.